FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESTER ESTUARDO AREVALO,<br><br>Defendant. | Case No. 16-353M<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On February 19, 2016, Defendant Lester Estuardo Arevalo appeared before the Court for initial appearance re revocation of supervised release in a matter pending in the Southern District of California (United States v. Lester Estuardo Arevalo, CR 11-5473-LAB), pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ History of violations, revocations and noncompliance with Court Orders, including a prior revocation of bond while defendant was on pretrial release in the underlying matter on February 16, 2012 and a prior revocation of supervised release in July 2012, following defendant's conviction and sentence in the underlying matter..

☒ Allegations in petition

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

C. ☒ Nature of previous criminal convictions

☒ Allegations in petition involve multiple violations of supervised release

☒ History of non compliance with Court Orders

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: February 20, 2016

/s/
HON. ALKA SAGR
UNITED STATES MAGISTRATE JUDGE